## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, | CV 21–85–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| ROBERT BERLETH, | |
| Defendant. | |

Before the Court is Plaintiff American Bankers Insurance Company of Florida's Notice of Dismissal.  (Doc. 6.)  The notice states that Plaintiff is voluntarily dismissing this action pursuant to Fed. R. Civ. P. 41(a)(1) because Defendant Robert Berleth has not been served or otherwise appeared.  (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice.

DATED this 18th day of February, 2022.

Dana L. Christensen, District Judge
United States District Court